UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN THOMPSON | CIVIL ACTION |
| VERSUS | NO. 14-0924 |
| ROBERT TANNER, WARDEN | SECTION "C"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Brian Thompson's **Motion to Stay (Rec. Doc. No. 11) is DENIED.**

**IT IS FURTHER ORDERED** that Thompson's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 17th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE